
FILED

OCT 21 2016

Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SEAN MICHAEL VAIRA,<br><br>Defendant. | CR 13-75-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, SEAN MICHAEL VAIRA is hereby released from the custody of the U.S. Marshal Service.

DATED this 21st day of October, 2016.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1